# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2011

143343-4

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                    SC: 143343-4
                                    COA: 294630; 295834
                                    Ingham CC: 2009-000639-AR

JARED RAPP,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the May 10, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether Michigan State University Ordinance 15.05 is facially unconstitutional under *City of Houston v Hill*, 482 US 451 (1987); and (2) whether MCR 7.101(O) allows taxation of costs in criminal cases appealed in the circuit court.

        Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2011

_____
                        Clerk

t1130